# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lift Gym, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **13-3935314** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**139 East 57th Street**<br>**New York, NY**<br>ZIPCODE **10022** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**139 East 57th Street, New York, NY** ZIPCODE **10022** | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Lift Gym, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Lift Gym, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Kevin J. Nash**
**Goldberg, Weprin, Finkel,**
**Goldstein, L.L.P.**
**1501 Broadway, 22nd Floor**
**New York, NY 10036**
**(212) 221-5700  Fax: (212) 730-4518**
**KNash@gwfglaw.com**

**August 15, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.



X _____
Signature of Authorized Individual

**Kenneth V. Fitzgerald**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 15, 2011**
Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                          Chapter 11

    LIFT GYM, INC.,                          Case No.

                               Debtor.
-----------------------------------------------------------X

## CORPORATE RESOLUTION

At a special meeting of the Board of Directors of Lift Gym, Inc. (the "Corporation") held on August 15, 2011, and upon the consent of the Board of Directors and after motion duly made, seconded and unanimously carried, it is hereby:

        **RESOLVED**, that the Corporation is authorized and empowered to cause the filing of a petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York, and that the same is in the best interests of the Corporation and its creditors and equity holders; and it is further

        **RESOLVED**, that the Corporation is authorized to retain the firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as counsel for purposes of filing the Chapter 11 petition and prosecuting all matters in connection therewith.

Dated: New York, New York
       August _15_, 2011

                                          LIFT GYM, INC.

                                          By: _____
                                                Name: Kenneth Fitzgerald
                                                Title: President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          Chapter 11

    LIFT GYM, INC.,                                         Case No.

                          Debtor.
-----------------------------------------------------------X

## DEBTOR'S AFFIRMATION PURSUANT TO
## LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK   )

KENNETH FITZGERALD, being duly sworn, deposes and says:

1. I am the President and 50% shareholder of Lift Gym, Inc. (the "Debtor"), which manages a private training club located on four (4) floors at 139 East 57th Street, New York, New York 10022 (the "Premises").

2. I submit this Affidavit in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition ("Petition") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3. The Debtor is facing an imminent eviction from the Premises by 139 East 57th Street LLC (the "Landlord") as a result of a non-payment proceeding originally commenced in 2008 in the Civil Court of the City of New York, New York County (Index No. L&T 91842/2008). Since 2008, the Debtor and the Landlord have previously reached two settlements concerning rent arrears. The last stipulation was executed on June 30, 2011. Under this stipulation, a warrant of eviction was stayed through July 25, 2011 pending certain installment payments by the Debtor.

4. In particular, the Debtor was required to pay July 2011 rent of $31,000 by July 10, 2011, and outstanding arrears of $23,224.10 by July 25, 2011. The Debtor has made all of the required payments except for $224.10 in arrears. Admittedly, the payments were made late, but they were nevertheless accepted by the Landlord. With the exception of the last check for $15,000 tendered by the Debtor on August 10, 2011, all of the checks cleared; the last check has not been posted yet. An additional tender of $33,224.10 was rejected today.

5. Thus, at this time, the Debtor owes the Landlord merely $224.10 in arrears for July plus the August rent of $31,000 which the Landlord has refused to accept despite prior tender and has caused the City Marshall to issue a Notice of Eviction, returnable on August 16, 2011.

6. Accordingly, the Debtor has elected to seek Chapter 11 relief to prevent a premature forfeiture of the lease, while the Debtor disputes the validity of the purposed default. The Chapter 11 will also allow the Debtor to relocate to other premises without an interruption in ongoing operations.

7. Pursuant to Bankruptcy Rule 1007(d), a list containing the names and addresses of the known creditors holding the twenty (20) largest unsecured claims against the Debtor is attached to the Petition. The Debtor has various secured creditors identified as follows:

Citibank, NA (operating loan-approximately $36,000), Liberty Bank k/n/a PNC Bank (equipment lease-approximately $2,400), Sterling Bank (approximately $48,000) and DB Squared Inc. (merchant account –approximately $44,000). A matrix of all creditors is likewise attached.

KENNETH FITZGERALD

Sworn to before me this
15th day of August, 2011

Notary Public

ARTHUR A. HIRSCHLER
Notary Public, State of New York
No. 02HI-4971914
Qualified in Nassau County
Commission Expires Sept. 10, 2014

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              Chapter 11

    LIFT GYM, INC.,                         Case No.

                          Debtor.
------------------------------------------------------------X

## SCHEDULE OF PENDING LAWSUITS

1.    139 East 57th Street LLC v. Lift Gym Inc.
      Civil Court of the City of New York
      County of New York: Part 52
      Civil Action – Landlord & Tenant Dispute
      Index No. L&T 91842/2008
      Attorneys for Petitioner-Landlord:

                                    Judith M. Brener, Esq.
                                    640 5th Avenue, 3rd Floor
                                    New York, New York 10019
                                    Tel. (212) 265-2171
                                    Fax (212) 265-1669

Dated: New York, New York
         August 15, 2011

                                    LIFT GYM, INC.

                                    By: _____
                                    Name: Kenneth Fitzgerald
                                    Title: President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                     Chapter 11

      LIFT GYM, INC.,                            Case No.

                            Debtor.
------------------------------------------------------------X

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Lift Gym, Inc. (the "Debtor"), certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Executed on August 15, 2011

                                            LIFT GYM, INC.

                                            By: _____
                                                Name: Kenneth Fitzgerald
                                                Title:  President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 11

LIFT GYM INC.,                                      Case No.

                        Debtor.
------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

    Kenneth Fitzgerald                        50%
    Post Office Box 67
    Shoreham, NY 11786

    Sandra Belmont                           50%
    570 Park Avenue
    New York, NY 10021

Executed on August 15, 2011

                                    LIFT GYM INC.

                                    By: _____
                                         Name: Kenneth Fitzgerald
                                         Title: President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Southern District of New York

IN RE:  
Lift Gym, Inc.  
Debtor(s)

Case No. _____  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Sterling National Bank<br>42 Broadway, 3rd Floor<br>New York, NY 10004 | | Trade debt | Unliquidated<br>Disputed | 48,790.30 |
| DB Squared<br>6720 Fortdent Way, Suite 175<br>Seattle, WA 98188 | | Trade debt | Unliquidated<br>Disputed | 44,000.00 |
| Citibank<br>425 East 57th Street<br>New York, NY 10022 | | Bank loan | Unliquidated<br>Disputed | 36,000.00 |
| IRS/Dept. Of Treasury<br>Box 804522<br>Cincinnati, OH 45280-4522 | | | Unliquidated<br>Disputed | 34,500.00 |
| Con Edison<br>Box 1702<br>New York, NY 10116-1702 | | | Unliquidated<br>Disputed | 14,350.00 |
| OMEX/Maricken LLC<br>Box 231490<br>New York, NY 10023 | | | Unliquidated<br>Disputed | 11,500.00 |
| New York State Tax And Finance<br>WA Harriman Campus<br>Albany, NY 12227-0001 | | | Unliquidated<br>Disputed | 6,649.92 |
| Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016 | | | Unliquidated<br>Disputed | 3,000.00 |
| PNC Bank<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | | Trade debt | Unliquidated<br>Disputed | 2,416.00 |
| IPFS Corp.<br>24722 Network Pl.<br>Chicago, IL 60673-2472 | | | Unliquidated<br>Disputed | 2,112.00 |
| Oxford Healthcare<br>Box 1697<br>Newark, NJ 07101-1697 | | | Unliquidated<br>Disputed | 2,112.00 |
| Verizon<br>Box 15124<br>Albany, NY | | | Unliquidated<br>Disputed | 1,839.93 |
| Broadview Networks<br>PO Box 1191<br>Port Chester, NY 10573-1191 | | | Unliquidated<br>Disputed | 1,839.93 |
| Kaplan Mgt. Cons. Inc.<br>312 Commack Rd.<br>Commack, NY 11725 | | | Unliquidated<br>Disputed | 1,800.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| New York City Fire Department<br>Church St. Station Box 840<br>New York, NY 10008-0840 | Unliquidated<br>Disputed | 1,575.00 |
| IESI Corp.<br>Box 6605654<br>Dallas, TX 75266-0654 | Unliquidated<br>Disputed | 1,006.00 |
| Star Insurance Co.<br>Box 31130<br>Tampla, FL | Unliquidated<br>Disputed | 655.40 |
| PSS Worldwide Medical Inc.<br>208 Passaic Avenue, Ste. 2<br>Fairfield, NJ 07004-3515 | Unliquidated<br>Disputed | 572.54 |
| New York City Health Department<br>Church Street Station, Box 4081<br>New York, NY 10261-4081 | Unliquidated<br>Disputed | 505.00 |
| Nationwide Payment Solution<br>400 Technology Way<br>Scarborough, ME 04074 | Unliquidated<br>Disputed | 416.50 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 15, 2011**         Signature: _____

                                  **Kenneth V. Fitzgerald, President**
                                  (Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                                                                                 Case No. _____

Lift Gym, Inc.                                                             Chapter 11
                                         Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 15, 2011**        Signature: _____
                                                     Kenneth V. Fitzgerald, President                              Debtor

Date: _____     Signature: _____
                                                                                                              Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Broadview Networks
PO Box 1191
Port Chester, NY  10573-1191


Citibank
425 East 57th Street
New York, NY  10022


Con Edison
Box 1702
New York, NY  10116-1702


DB Squared
6720 Fortdent Way, Suite 175
Seattle, WA  98188


Gregg E. Bienstock
Box 610700
Bayside, NY  11361-0700


Herrick, Feinstein LLP
2 Park Avenue
New York, NY  10016


IESI Corp.
Box 6605654
Dallas, TX  75266-0654


Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, NY  11201


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

IPFS Corp.
24722 Network Pl.
Chicago, IL  60673-2472


IRS/Dept. Of Treasury
Box 804522
Cincinnati, OH  45280-4522


Kaplan Mgt. Cons. Inc.
312 Commack Rd.
Commack, NY  11725


Nationwide Payment Solution
400 Technology Way
Scarborough, ME  04074


New York City Dept. Of Law
Office Of The Corporate Counsel
100 Church Street
New York, NY  10007


New York City Fire Department
Church St. Station Box 840
New York, NY  10008-0840


New York City Health Department
Church Street Station, Box 4081
New York, NY  10261-4081


New York State Tax And Finance
WA Harriman Campus
Albany, NY  12227-0001

NYC Dept. Of Finance
Bankruptcy & Assignment
340 Adams St. - 10th Floor
Brooklyn, NY  11201


NYS Dept. Of Taxation & Finance
Bankruptcy/Special Procedures
PO Box 5300
Albany, NY  12205-0300


OMEX/Maricken LLC
Box 231490
New York, NY  10023


On-Hold Marketing
48 Fox Chare Lane - Studio 13
Ledgewood, NJ  07852


Oxford Healthcare
Box 1697
Newark, NJ  07101-1697


Plaza Circle Enterprises
640 Fifth Avenue, 3rd Floor
New York, NY  10019


PNC Bank
995 Dalton Avenue
Cincinnati, OH  45203


PSS Worldwide Medical Inc.
208 Passaic Avenue, Ste. 2
Fairfield, NJ  07004-3515

Sterling National Bank
42 Broadway, 3rd Floor
New York, NY  10004

United Readers' Service Inc.
Box 771747
Lakewood, OH  44107-0067